IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**KEVIN TERRY DOTSON,**

    Plaintiff,

v.                                                                         Civil Action No. **3:22CV525**

**HAROLD CLARKE,**

    Defendant.

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se*, submitted this action. By Memorandum Order entered on October 3, 2022, the Court denied Plaintiff's request to proceed *in forma pauperis* and directed him to pay the $350.00 filing fee and $52.00 administrative fee within thirty (30) days of the date of entry thereof. More than thirty (30) days have elapsed, and Plaintiff has failed to pay the filing fee. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order will issue.

Date: 22 December 2022
Richmond, Virginia

/s/
John A. Gibney, Jr.
Senior United States District Judge